1024

THE STATE OF WASHINGTON, *Respondent*, v. TY DOUGLAS
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston
County, No. 05-1-02339-6, Gary Tabor, J., entered June 16,
2006. *Affirmed* by unpublished opinion per Bridgewater, J.,
concurred in by Houghton, C.J., and Hunt, J.

*In the Matter of* EVERGREEN SCHOOL DISTRICT.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-2-03656-1, Robert A. Lewis, J., entered June
29, 2006. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Bridgewater, J., concurred in by Van
Deren, A.C.J., and Quinn-Brintnall, J.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN KYLE
TRUDEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 04-8-00328-8, Richard L. Brosey and Nelson E.
Hunt, JJ., entered September 19, 2006. *Reversed* and *re-
manded* by unpublished opinion per Bridgwater, J., con-
curred in by Houghton, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. PAULETTE
MARGARET MELVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 05-1-00056-7, Rebecca M. Baker, J., entered
July 8, 2005. *Affirmed* by unpublished opinion per Brown,
J., concurred in by Sweeney, C.J., and Kulik, J.